UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| U.S. BANK, N.A.,<br><br>                Plaintiff,<br>    v.<br>LV REAL ESTATE STRATEGIC INVESTMENT GROUP, LLC, et al.,<br><br>                Defendants. | Case No. 2:17-cv-00355-MMD-PAL<br><br>ORDER<br><br>(Subst Atty – ECF No. 60) |

This matter is before the court on the Substitution of Attorneys (ECF No. 60). Melanie Morgan and Thera A. Cooper of Akerman LLP seek leave to be substituted in the place of Dana Nitz, Natalie Lehman, and YanXiong Li of Wright Finlay & Zak, LLP for plaintiff U.S. Bank, N.A.. LR IA 11-6(c) provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 11-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. The Substitution of Attorney (ECF No. 60) is **GRANTED**.
2. Melanie Morgan and Thera A. Cooper of Akerman LLP are substituted in the place of Dana Nitz, Natalie Lehman, and YanXiong Li of Wright Finlay & Zak, LLP for plaintiff U.S. Bank, N.A., subject to the provisions of LR IA 11-6(c) and (d).

DATED this 2nd day of February, 2018.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE