MELANIE MORGAN, ESQ.
Nevada Bar No. 8215
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
AKERMAN LLP
1635 Village Center Cir., Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: thera.cooper@akerman.com

*Attorneys for U.S. Bank, National Association,
as Trustee for the Certificateholders of Banc of
America Funding 2008-FT1 Trust*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK, N.A. AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF BANC OF AMERICA FUNDING 2008-FT1 TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2008-FT1<br><br>Plaintiff,<br><br>v.<br><br>LV REAL ESTATE STRATEGIC INVESTMENT GROUP, LLC SERIES 211, a Nevada limited liability company; RAINBOW VILLAS CONDOMINIUM ASSOCIATION, a Nevada non-profit corporation; and TERRA WEST COLLECTIONS GROUP, LLC d/b/a Assessment Management Services, a Nevada limited-liability company,<br><br>Defendants. | Case No.: 2:17-cv-00355-MMD-PAL<br><br>**STIPULATION FOR ORDER TO EXTEND TIME TO FILE JOINT STATUS REPORT PURSUANT TO COURT'S JANUARY 10, 2018 ORDER [ECF NO. 59]**<br><br>**(FIRST REQUEST)** |

Plaintiff U.S. Bank, N.A., As Trustee For The Certificateholders of Banc of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1 (**U.S. Bank**) and defendants LV Real Estate Strategic Investment Group, LLC Series 211, Rainbow Villas Condominium Association, and Terra West Collections Group, LLC d/b/a Assessment Management Services (**defendants**) stipulate and move the court for a fourteen-day extension of time to file a status report pursuant to the court's January 10, 2018 order, ECF No. 59:

46021439;1

1. On January 10, 2018, this court stayed this case and denied all pending motions without prejudice pending the Nevada Supreme Court resolving the certified question in *SFR Invs. Pool 1, LLC v. The Bank of New York Mellon f/k/a the Bank of New York as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-6*, Case No. 72931. (ECF No. 59.) The court directed the parties to file a status report within five days of the Nevada Supreme Court answering the certified question. (*Id.*)

2. The Nevada Supreme Court answered the certified question on August 2, 2018. *SFR Invs. Pool 1, LLC*, No. 72931, 2018 WL 3655608, at *1 (Nev. Aug. 2, 2018). The parties' joint status report is due August 7, 2018 as a result. (*See* ECF No. 59.)

3. Good cause exists to extend the parties' deadline to file a status report by fourteen days, from August 7, 2018 to August 21, 2018. U.S. Bank's counsel, Akerman LLP, is counsel of record for the plaintiff in over thirty cases pending in this court requiring a status report by August 7, 2018, and requires additional time to confer with opposing counsel and prepare a report outlining the parties' respective positions on the current status and future trajectory of this case in light of the Nevada Supreme Court's ruling.

4. This is the parties' first request for an extension and is not intended for the purpose of delay or prejudicing any party.

…
…
…
…
…
…
…
…
…
…
…

46021439;1

WHEREFORE, the parties respectfully request the court extend the parties' deadline to file a joint status report pursuant to the court's January 10, 2018 order, ECF No. 59, up to, through and including August 21, 2018, and grant such other and further relief as the court deems proper.

This the 7th day of August, 2018.

**AKERMAN LLP**

 */s/ Thera A. Cooper*
MELANIE MORGAN, ESQ.
Nevada Bar No. 8215
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
*Attorneys for plaintiff U.S. Bank, N.A., As Trustee For The Certificateholders of Banc of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1*

This the 7th day of August, 2018.

**SPRINGEL & FINK, LLP**

 */s/ Adam H. Springel*
ADAM H. SPRINGEL, ESQ.
Nevada Bar No. 7187
MICHAEL A. ARATA, ESQ.
Nevada Bar No. 11902
10655 Park Rum Drive, Suite 275
Las Vegas, Nevada 89144
*Attorneys for defendant Rainbow Villas Condominium Association*

This the 7th day of August, 2018.

**BRAUER, DRISCOLL, SUN, AND ASSOCIATES LLC**

 */s/ Jeff Brauer*
JEFF BRAUER, ESQ.
Nevada Bar No. 13834
3333 E. Serene Avenue, Suite 150
Las Vegas, Nevada 89074
*Attorney for defendant LV Real Estate Strategic Investment Group, LLC Series 211*

This the 7th day of August, 2018.

**GORDON LAW**

 */s/ Aviva Y. Gordon*
AVIVA Y. GORDON, ESQ
Nevada Bar No. 5333
6655 S. Cimarron, Suite 200
Las Vegas, Nevada 89113

*Attorneys for defendant Terra West Collections Group*

**ORDER**

**IT IS SO ORDERED: the date to file the joint status report is extended to August 21, 2018.**

_____

**UNITED STATES DISTRICT COURT JUDGE**

DATED: August 8, 2018

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572