MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JARED M. SECHRIST, ESQ.
Nevada Bar No. 13468
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: jared.sechrist@akerman.com

*Attorneys for U.S. Bank, National Association, as Trustee for the Certificateholders of Banc of America Funding 2008-FT1 Trust*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK, N.A. AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF BANC OF AMERICA FUNDING 2008-FT1 TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2008-FT1<br><br>Plaintiff,<br><br>v.<br><br>LV REAL ESTATE STRATEGIC INVESTMENT GROUP, LLC SERIES 211, a Nevada limited liability company; RAINBOW VILLAS CONDOMINIUM ASSOCIATION, a Nevada non-profit corporation; and TERRA WEST COLLECTIONS GROUP, LLC d/b/a Assessment Management Services, a Nevada limited-liability company,<br><br>Defendants.<br><br>RAINBOW VILLAS CONDOMINIUM ASSOCIATION<br><br>Cross-Claimant,<br><br>v.<br><br>LV REAL ESTATE STRATEGIC INVESTMENT GROUP, LLC SERIES 211; TERRA WEST COLLECTIONS GROUP, LLC d/b/a Assessment Management Services<br><br>Cross-Defendant. | Case No.: 2:17-cv-00355-MMD-PAL<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

48640870;1

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

PLEASE TAKE NOTICE that U.S. Bank, National Association, as Trustee for the Certificateholders of Banc of America Funding 2008-FT1 Trust hereby provides notice that Thera A. Cooper is no longer associated with the law firm of Akerman, LLP.

Akerman, LLP continues to serve as counsel for U.S. Bank, National Association, as Trustee for the Certificateholders of Banc of America Funding 2008-FT1 Trust. All, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Melanie D. Morgan, Esq. and Jared M. Sechrist, Esq.

DATED April 19, 2019.

**AKERMAN LLP**

*/s/ Jared M. Sechrist*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JARED M. SECHRIST, ESQ.
Nevada Bar No. 10439
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for U.S. Bank, N.A., As Trustee For The Certificateholders of Banc of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1*

## COURT APPROVAL

IT IS SO ORDERED.

DATE: April 26, 2019

UNITED STATES MAGISTRATE JUDGE

2

48640870;1