1  MELANIE MORGAN, ESQ.
   Nevada Bar No. 8215
2  JARED M. SECHRIST, ESQ.
   Nevada Bar No. 10439
3  **AKERMAN LLP**
   1635 Village Center Circle, Suite 200
4  Las Vegas, Nevada 89134
   Telephone:   (702) 634-5000
5  Facsimile:   (702) 380-8572
   Email:  melanie.morgan@akerman.com
6  Email:  jared.sechrist@akerman.com

7  *Attorneys for U.S. Bank, National Association,*
   *as Trustee for the Certificateholders of Banc of*
8  *America Funding 2008-FT1 Trust*

9

10               **UNITED STATES DISTRICT COURT**

11                    **DISTRICT OF NEVADA**

12

13  U.S. BANK, N.A. AS TRUSTEE FOR THE            Case No.: 2:17-cv-00355-MMD-BNW
    CERTIFICATEHOLDERS OF BANC OF
14  AMERICA FUNDING 2008-FT1 TRUST,
    MORTGAGE PASS-THROUGH                         **STIPULATION AND ORDER TO EXTEND**
15  CERTIFICATES, SERIES 2008-FT1                 **RESPONSE DEADLINES TO PENDING**
                                                  **MOTIONS [ECF Nos. 80-84]**
16                          Plaintiff,            **(First Request)**

17  v.

18  LV REAL ESTATE STRATEGIC
    INVESTMENT GROUP, LLC SERIES 211, a
19  Nevada limited liability company; RAINBOW
    VILLAS CONDOMINIUM ASSOCIATION,
20  a Nevada non-profit corporation; and TERRA
    WEST COLLECTIONS GROUP, LLC d/b/a
21  Assessment Management Services, a Nevada
    limited-liability company,
22
                            Defendants.
23

24       Plaintiff U.S. Bank, N.A., As Trustee For The Certificateholders of Banc of America Funding

25  2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1 (**U.S. Bank**) and defendants

26  LV Real Estate Strategic Investment Group, LLC Series 211 (**LVRE**), Rainbow Villas Condominium

27  Association (**HOA**), and Terra West Collections Group, LLC d/b/a Assessment Management Services

28  (**AMS**), by and through their respective counsel of record, stipulate as follows:

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1      1.      U.S. Bank filed a motion for summary judgment on August 23, 2019. (ECF No. 80.)

2      2.      LVRE filed a motion for summary judgment on August 23, 2019. (ECF No. 81.)

3      3.      AMS filed a motion for judgment on the pleadings on the HOA's cross-claims on August 23, 2019. (ECF No. 82.)

4.      AMS filed a motion for judgment on the pleadings on U.S. Bank's claims for negligence, negligence per se, wrongful foreclosure, unjust enrichment, breach of the covenant of good faith and fair dealing, and tortious interference with contract on August 23, 2019. (ECF No. 83.)

5.      The HOA filed a motion for summary judgment on August 23, 2019. (ECF No. 84.)

6.      Responses to the motions for summary judgment are due September 13, 2019 and responses to the motions for judgment on the pleadings are due September 6, 2019.

7.      The parties agree to move the responses to the motions for summary judgment and motions for judgment on the pleadings to September 26, 2019. Replies shall be due on or before October 10, 2019.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

2

3

8. The parties further agree this extension is to allow the parties to address overlapping issues simultaneously, avoid duplicative briefing and fully address the arguments raised in the motions. This extension is not intended to cause delay or prejudice any party.

**AKERMAN LLP**

*/s/ Melanie D. Morgan*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JARED M. SECHRIST, ESQ.
Nevada Bar No. 10439
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
*Attorneys for plaintiff U.S. Bank, N.A., As Trustee For The Certificateholders of Banc of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1*

**SPRINGEL & FINK, LLP**

*/s/ Adam H. Springel*
ADAM H. SPRINGEL, ESQ.
Nevada Bar No. 7187
WENDY L. WALKER, ESQ.
Nevada Bar No. 10791
10655 Park Rum Drive, Suite 275
Las Vegas, Nevada 89144
*Attorneys for defendant Rainbow Villas Condominium Association*

**THE LAW OFFICE OF MIKE BEEDE**

*/s/ Michael Beede*
MICHAEL N. BEEDE, ESQ.
Nevada Bar No. 13068
JAMES W. FOX, ESQ.
Nevada Bar No. 13122
2470 St. Rose Pkwy, Suite 307
Henderson, NV 89074
*Attorney for defendant LV Real Estate Strategic Investment Group, LLC Series 211*

**MCDONALD CARANO LLP**

*/s/ Jason B. Sifers*
GEORGE F. OGILVIE, III, ESQ.
Nevada Bar No. 3552
JASON B. SIFERS, ESQ
Nevada Bar No. 14273
2300 W Sahara Ave., Ste. 1200
Las Vegas, NV 89102
*Attorneys for defendant Terra West Collections Group*

**IT IS SO ORDERED**

UNITED STATES DISTRICT COURT JUDGE
Case No.: 2:17-cv-00355-MMD-BNW

DATED: September 6, 2019

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

3