MELANIE MORGAN, ESQ.
Nevada Bar No. 8215
REX D. GARNER, ESQ.
Nevada Bar No. 9401
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: melanie.morgan@akerman.com
Email: rex. garner@akerman.com

*Attorneys for U.S. Bank, National Association,
as Trustee for the Certificateholders of Banc of
America Funding 2008-FT1 Trust*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, N.A. AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF BANC OF AMERICA FUNDING 2008-FT1 TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2008-FT1<br><br>Plaintiff,<br><br>v.<br><br>LV REAL ESTATE STRATEGIC INVESTMENT GROUP, LLC SERIES 211, a Nevada limited liability company; RAINBOW VILLAS CONDOMINIUM ASSOCIATION, a Nevada non-profit corporation; and TERRA WEST COLLECTIONS GROUP, LLC d/b/a Assessment Management Services, a Nevada limited-liability company,<br><br>Defendants. | Case No.: 2:17-cv-00355-MMD-BNW<br><br>**STIPULATION AND PROPOSED ORDER DISMISSING CLAIMS AGAINST RAINBOW VILLAS AND TERRA WEST** |

Plaintiff U.S. Bank, N.A., As Trustee For The Certificateholders of Banc of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1 (**U.S. Bank**) and defendants Rainbow Villas Condominium Association (**HOA**), and Terra West Collections Group, LLC d/b/a Assessment Management Services (**AMS**), through their undersigned counsel of record, stipulate as follows:

1. U.S. Bank's claims against HOA and AMS shall be dismissed, with prejudice, each side to this stipulation to bear its own fees and costs associated with the dismissed claims.

2. The HOA's motion for summary judgment (ECF No. 84) and AMS's motion for summary judgment (ECF No. 83) are hereby withdrawn.

3. This stipulation does not affect the remainder of the case between U.S. Bank and LV Real Estate Strategic Investment Group.

4. This stipulation does not affect the remainder of the HOA's claims against AMS and LV Real Estate Strategic Investment Group.

DATED: November 8, 2019

**AKERMAN LLP**

*/s/ Rex D. Garner*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
REX D. GARNER, ESQ.
Nevada Bar No. 9401
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
*Attorneys for plaintiff U.S. Bank, N.A., As Trustee For The Certificateholders of Banc of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1*

**SPRINGEL & FINK, LLP**

*/s/ Adam H. Springel*
ADAM H. SPRINGEL, ESQ.
Nevada Bar No. 7187
10655 Park Run Drive, Suite 275
Las Vegas, Nevada 89144
*Attorneys for defendant Rainbow Villas Condominium Association*

**MCDONALD CARANO LLP**

*/s/ Jason B. Sifers*
GEORGE F. OGILVIE, III, ESQ.
Nevada Bar No. 3552
JASON B. SIFERS, ESQ
Nevada Bar No. 14273
2300 W Sahara Ave., Ste. 1200
Las Vegas, NV 89102
*Attorneys for defendant Terra West Collections Group*

IT IS SO ORDERED.

**ORDER**

Dated: November 12, 2019

UNITED STATES DISTRICT COURT JUDGE
Case No.: 2:17-cv-00355-MMD-BNW