# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| U.S. BANK, N.A., et al., | Case No. 2:17-cv-00355-MMD-BNW |
| Plaintiffs, | **ORDER** |
| v. | |
| LV REAL ESTATE STATEGIC INVESTMENT GROUP, LLC SERIES 211, et al., | |
| Defendants. | |

Presently before the court is Springel and Fink, LLP's motion to withdraw as counsel for Rainbow Villas Condominium Association (Rainbow). (ECF No. 101.)

Having reviewed and considered the motion, and good cause appearing, the court will grant the motion to withdraw and order Defendant Rainbow to retain a new attorney. Defendant Rainbow is advised that because it is a corporation, it cannot represent itself and must be represented by an attorney in this action. *See In re Am. W. Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994) (stating that "[c]orporations and other unincorporated associations must appear in court through an attorney."). Defendant Rainbow further is advised that failure to retain an attorney may result in the imposition of sanctions under Local Rule IA 11-8.

IT IS THEREFORE ORDERED that Springel and Fink, LLP's motion to withdraw as counsel (ECF No. 101) is GRANTED.

IT IS FURTHER ORDERED that Springel and Fink, LLP must serve a copy of this order on Defendant Rainbow Villas Condominium Association and must file proof of that service by January 24, 2020.

IT IS FURTHER ORDERED that on or before February 7, 2020, Defendant Rainbow Villas Condominium Association must retain a new attorney and that attorney must file a notice of appearance in this case.

DATED: January 14, 2020

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE