ADAM H. SPRINGEL, ESQ.
Nevada Bar No.: 7187
MICHAEL A. ARATA, ESQ.
Nevada Bar No.: 11902
**SPRINGEL & FINK LLP**
10655 Park Run Drive, Suite 275
Las Vegas, NV 89144
Telephone: (702) 804-0706
Facsimile: (702) 804-0798
E-Mail: *aspringel@springelfink.com*
*marata@springelfink.com*

Attorneys for Defendant,
*RAINBOW VILLAS CONDOMINIUM ASSOCIATION*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
***

| | |
|---|---|
| U.S. BANK, N.A., AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF BANC OF AMERICA FUNDING 2008-FTI TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2008-FTI<br><br>Plaintiffs,<br>vs.<br><br>LV REAL ESTATE STRATEGIC INVESTMENT GROUP, LLC SERIES 211, a Nevada limited liability company; RAINBOW VILLAS CONDOMINIUM ASSOCIATION, a Nevada non-profit corporation; and TERRA WEST COLLECTIONS GROUP, LLC d/b/a Assessment Management Services, a Nevada limited-liability company,<br><br>Defendants,<br><br>RAINBOW VILLAS CONDOMINIUM ASSOCIATION,<br><br>Cross-Claimant,<br><br>v.<br><br>LV REAL ESTATE STRATEGIC INVESTMENT GROUP, LLC SERIES 211; TERRA WEST COLLECTIONS GROUP, LLC d/b/a ASSESSMENT MANAGEMENT SERVICES,<br><br>Cross-Defendants | Case No.: 2:17-cv-00355-MMD-BNW<br><br>**REQUEST TO REMOVE ATTORNEYS FROM ELECTRONIC SERVICE LIST** |

## REQUEST TO REMOVE ATTORNEYS FROM ELECTRONIC SERVICE LIST

PLEASE TAKE NOTICE that law firm of Springel & Fink, LLP is no longer a counsel of records for RAINBOW VILLAS CONDOMINIUM ASSOCIATION.

Please remove attorneys Adam H. Springel and Michael A. Arata from the Court's Electronic Service List.

DATED this 13th day of February, 2020.

                SPRINGEL & FINK LLP

                */s/ Michael A. Arata*
By: _____
                ADAM H. SPRINGEL, ESQ.
                Nevada Bar No.: 7187
                MICHAEL A. ARATA, ESQ.
                Nevada Bar No.: 11902
                10655 Park Run Drive, Suite 275
                Las Vegas, NV 89144

## COURT APPROVAL

IT IS SO ORDERED

DATE: 2/14/2020

_____
UNITED STATED FEDERAL COURT JUDGE
Case No.: 2:17-cv-00355-MMD-BNW

**CERTIFICATE OF SERVICE**
**U.S. Bank N.A. v. LV Real Estate Strategic Investment Group, et al.**
**United States District Court Case No. 2:17-cv-00355-MMD-BNW**

STATE OF NEVADA        )
                       ) ss.
COUNTY OF CLARK        )

    I, Ella Wilczynski declare:

    I am a resident of and employed in Clark County, Nevada. I am over the age of eighteen years and not a party to the within action. My business address is 10655 Park Run Drive, Suite 275, Las Vegas, Nevada, 89144.

    On **February 13, 2020**, I served the document described as ***Request To Remove Attorneys From Electronic Service List*** on the following parties:

| | | |
|---|---|---|
| Melanie Morgan, Esq.<br>Jared M. Sechrist, Esq.<br>**AKERMAN, LLP**<br>1635 Village Center Circle, #200<br>Las Vegas, NV 89134<br>melanie.morgan@akerman.com<br>jared.sechrist@akerman.com<br>*Attorneys for Plaintiff,*<br>*U.S. Bank, N.A., As Trustee*<br>*For The Certificate holders Of*<br>*Banc Of America Funding*<br>*2008-Ft1 Trust, Mortgage Pass-*<br>*Through Certificates, Series*<br>*2008-Ft1* | Michael Beede, Esq.<br>James W. Fox, Esq.<br>**THE LAW OFFICE OF MIKE BEEDE, PLLC**<br>2470 St. Rose Pkwy, #201<br>Henderson, NV 89074<br>esservice@legallv.com<br>*Attorneys for Defendant,*<br>*LV Real Estate Strategic*<br>*Investment Group, LLC Series*<br>*211 and Nevada Sandcastles,*<br>*LLC* | George F. Ogilvie, Esq.<br>Jason Sifers, Esq.<br>**MCDONALD CARANO, LLP**<br>2300 W. Sahara Avenue, #1200<br>Las Vegas, NV 89102<br>jsifers@mcdonaldcarano.com<br>*Attorneys for Defendant Terra*<br>*West Collections Group, LLC*<br>*D/B/A Assessment*<br>*Management Services* |

\_\_\_\_    VIA U.S. MAIL: by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas Nevada. I am "readily familiar" with the firm's practice of collection and processing correspondence by mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business

\_\_\_\_    VIA FACSIMILE: by transmitting to a facsimile machine maintained by the person on whom it is served at the facsimile machine telephone number at last given by that person on any document which he/she has filed in the cause and served on the party making the service. The copy of the document served by facsimile transmission bears a notation of the date and place of transmission and the facsimile telephone number to which transmitted. A confirmation of the transmission containing the facsimile telephone

numbers to which the document(s) was/were transmitted will be maintained with the document(s) served.

__X__    **VIA ELECTRONIC SERVICE:** by submitting the foregoing to the Court's E-filing System for Electronic Service upon the Court's Service List pursuant to EDCR 8. The copy of the document electronically served bears a notation of the date and time of service. The original document will be maintained with the document(s) served and be made available, upon reasonable notice, for inspection by counsel or the Court.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Ella Wilczynski*

An employee of Springel & Fink LLP