MELANIE MORGAN, ESQ.
Nevada Bar No. 8215
REX D. GARNER, ESQ.
Nevada Bar No. 9401
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: rex. garner@akerman.com

*Attorneys for the U.S. Bank, National Association, as Trustee for the Certificateholders of Banc of America Funding 2008-FT1 Trust*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, N.A. AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF BANC OF AMERICA FUNDING 2008-FT1 TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2008-FT1<br><br>Plaintiff,<br><br>v.<br><br>LV REAL ESTATE STRATEGIC INVESTMENT GROUP, LLC SERIES 211, a Nevada limited liability company; RAINBOW VILLAS CONDOMINIUM ASSOCIATION, a Nevada non-profit corporation; and TERRA WEST COLLECTIONS GROUP, LLC d/b/a Assessment Management Services, a Nevada limited-liability company,<br><br>Defendants. | Case No.: 2:17-cv-00355-MMD-BNW<br><br>**PLAINTIFF'S [PROPOSED] ORDER ON MOTIONS FOR SUMMARY JUDGMENT** |

Plaintiff U.S. Bank, N.A., As Trustee For The Certificateholders of Banc of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1 (**U.S. Bank**) filed a motion for summary judgment (ECF No. 80), to which Defendant LV Real Estate Strategic Investment Group LLC Series 211 (**LVRES**) responded (ECF No. 88), U.S. Bank replied (ECF No. 92), and Rainbow Villas Condominium Association (**HOA**) filed a joinder (ECF No. 94) to U.S. Bank's reply.

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1. The Court has also reviewed Defendant LVRES's motion for summary judgment (ECF No. 81), U.S. Bank's response (ECF No. 90), and LVRES's reply (ECF No. 91).

2. The Court takes judicial notice of certain exhibits attached to Plaintiff U.S. Bank's motion for summary judgment (ECF No. 80).

3. The Court heard oral arguments on the motions on February 14, 2020. Darren Brenner appeared for U.S. Bank. Mike Beede appeared for LVRES.

4. Because the loan servicer, Bank of America, tendered payment for the HOA's entire lien in 2009, the senior deed of trust was unaffected by the HOA's eventual foreclosure sale, meaning those who took title after the HOA foreclosure sale, including LVRES, took title subject to the deed of trust.

5. Accordingly, Plaintiff U.S. Bank's motion for summary judgment (ECF No. 80) is granted in part to the extent of its request for declaratory relief that the HOA sale did not extinguish the deed of trust, which deed of trust was recorded with the Clark County Recorder as Instrument No. 20060615-0004185. Defendant LVRES's motion for summary judgment is denied. The remaining claims are dismissed as moot.

IT IS SO ORDERED.

Dated: February 24, 2020

UNITED STATES DISTRICT COURT JUDGE
Case No.: 2:17-cv-00355-MMD-BNW

Submitted by:

AKERMAN LLP

 */s/ Rex D. Garner*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
REX D. GARNER, ESQ.
Nevada Bar No. 9401
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for plaintiff U.S. Bank, N.A.,
As Trustee For The Certificateholders of
Banc of America Funding 2008-FT1 Trust,
Mortgage Pass-Through Certificates, Series 2008-FT1*