JOSEPH Y. HONG, ESQ.
Nevada Bar No. 5995
HONG & HONG LAW OFFICE
One Summerlin
1980 Festival Plaza Dr., Suite 650
Las Vegas, NV 89135
Tel: (702) 870-1777
Fax: (702) 870-0500
yosuphonglaw@gmail.com
*Attorneys for LV Real Estate Strategic Investment Group, LLC, Series 211*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF BANC OF AMERICA FUNDING 2008-FT1 TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2008-FT1, <br><br> Plaintiff, <br><br> vs. <br><br> LV REAL ESTATE STRATEGIC INVESTMENT GROUP, LLC SERIES 211, a Nevada limited liability company; RAINBOW VILLAS CONDOMINIUM ASSOCIATION, a Nevada non-profit corporation; and TERRA WEST COLLECTIONS GROUP, LLC d/b/a Assessment Management Services, a Nevada limited-liability company, <br><br> Defendants. | Case No.: 2:17-cv-00355-MMD-BNW <br><br> **SUBSTITUTION OF COUNSEL FOR DEFENDANT LV REAL ESTATE STRATEGIC INVESTMENT GROUP, LLC SERIES 211** |

Jacob Lefkowitz, in his capacity as authorized representative of LV Real Estate Strategic Investment Group, LLC Series 211, hereby consents to the substitution of Hong & Hong Law Office, as its counsel in the place and stead of The Law Office of Mike Beede, PLLC in the above-entitled matter.

DATED this 22nd day of July, 2020.

*s/ Jacob Lefkowitz*
Jacob Lefkowitz
*LV Real Estate Strategic Investment Group, LLC Series 211*

1

1  Michael N. Beede, Esq. of The Law Office of Mike Beede, PLLC, does hereby consent to the substitution of Hong & Hong Law Office, to represent Defendant LV Real Estate Strategic Investment Group, LLC Series 211, in the above captioned matter, in his place and stead.

DATED this 22nd day of July, 2020.

THE LAW OFFICE OF MIKE BEEDE, PLLC

By /s/ Michael Beede
MICHAEL BEEDE, ESQ.
Nevada Bar No. 13068
JAMES W. FOX, ESQ.
Nevada Bar No. 13122
2470 St. Rose Pkwy, Suite 307
Henderson, NV 89074
T: 702-473-8406

Joseph Y. Hong, Esq., of Hong & Hong Law Office, does hereby agree to substitute in the place of The Law Office of Mike Beede, PLLC on behalf of Defendant, LV Real Estate Strategic Investment Group, LLC Series 211, in the above captioned matter.

DATED this 22nd day of July, 2020.

HONG & HONG LAW OFFICE

By s/ Joseph Y. Hong
JOSEPH Y. HONG, ESQ.
Nevada Bar No. 5995
One Summerlin
1980 Festival Plaza Dr., Suite 650
Las Vegas, Nevada 89135
Tel: (702) 870-1777

## ORDER

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**

**DATED:** July 28, 2020